*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF TEXAS FORT WORTH DIVISION*

*Sharice Anderson, Plaintiff,*

**4-25CV-1024-0**

*v.*

*Mansfield Police Department; City of Mansfield, Texas; Detective R. J. Vinnola; Supervisor C. B. McCormick; Roberta Dupree; Mark Felton; and Christina Spears, Defendants.*

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

OCT 2 8 2025

CLERK, U.S. DISTRICT COURT
By _____
Deputy

*Civil Action No. _____*

*COMPLAINT*

### *I. PARTIES*

1. Plaintiff: Sharice Anderson resides at 307 Battery Crescent, Savannah, GA 31410.
2. Defendants:
a. Mansfield Police Department and City of Mansfield are responsible for police policy, supervision, and training.
b. Detective R. J. Vinnola and Supervisor C. B. McCormick are Mansfield PD officers acting under color of law.
c. Roberta Dupree, Mark Felton, and Christina Spears are private individuals who knowingly made false reports and harassed Plaintiff, resulting in wrongful arrest and reputational harm.

### *II. JURISDICTION AND VENUE*

1. This Court has jurisdiction under 28 U.S.C. §§ 1331 and 1343, as Plaintiff asserts claims under 42 U.S.C. § 1983.
2. Venue is proper in the Northern District of Texas, Fort Worth Division, because the acts complained of occurred in Mansfield, Texas.

### *III. FACTUAL BACKGROUND*

A. False Accusations and Arrest

1. On March 14, 2025, Officer J. Willis (#441) of the Mansfield Police Department took a report from Roberta Dupree, who, along with Mark Felton and Christina Spears, falsely claimed that Plaintiff had shared an intimate photo and was stalking her. Mark and Christina collaborated with Roberta in making these false accusations and publishing the image online. As a result, Plaintiff suffered reputational harm and extreme emotional distress.
2. Officer Willis recorded the report and forwarded it to Detective R. J. Vinnola for investigation.
3. A witness named Jerry provided Detective Vinnola screenshots showing that Roberta Dupree herself had publicly posted the intimate image on her X (Twitter) account on February 5, 2022, contradicting her claims. This evidence demonstrates that Plaintiff was falsely accused and caused reputational harm.
4. Detective Vinnola reviewed Roberta's X account and found non-explicit photos from that timeline, but

the explicit photo was missing, suggesting it had been deleted by the account holder.

5. On May 27, 2025, X Corp. responded to a search warrant, indicating that deleted media might not be recoverable. Plaintiff suffered continued emotional distress during this period.

6. Despite this evidence, Roberta Dupree denied posting or deleting the image, and Mansfield Police accepted her statement without verification, showing reckless disregard for Plaintiff's rights.

7. The Johnson County District Attorney's Office declined to prosecute and marked the case "Exceptionally Cleared," acknowledging insufficient probable cause, yet Plaintiff had already suffered detention and public stigma.

8. Plaintiff was arrested in Georgia on May 5, 2025, and detained until May 20, 2025, when Detective Vinnola received exculpatory information. This arrest caused financial loss and emotional trauma.

9. Supervisor C. B. McCormick reviewed and approved Detective Vinnola's reports and warrant requests despite inconsistencies and lack of probable cause, contributing to Plaintiff's damages.

B. Defamation and Harassment

10. Roberta Dupree continues to defame and harass Plaintiff on Facebook by posting her mugshot, calling her a stalker, and making malicious comments about Plaintiff's deceased mother. Dupree also falsely labeled Plaintiff as a "pedophile" and "sex offender," causing severe reputational and emotional harm.

11. Prior to any allegations about the photo, Christina Spears sent Plaintiff a harassing message on Facebook, demonstrating animosity and intent to embarrass Plaintiff publicly (Exhibit A), causing emotional distress.

12. Both Roberta Dupree and Christina Spears acted with malice, knowingly publishing false or harassing statements to harm Plaintiff's reputation and cause emotional distress.

13. Defendant Mark Felton posted online statements falsely claiming that Plaintiff was stalking and harassing him and blamed Plaintiff for his Facebook account being disabled, further damaging Plaintiff's reputation and causing emotional distress (Exhibit D).

## *IV. CLAIMS FOR RELIEF*

Count I – False Arrest / Unlawful Imprisonment (42 U.S.C. § 1983, Fourth Amendment)
- Against Mansfield Police Department, City of Mansfield, Detective Vinnola, and Supervisor McCormick.
- As described in Facts 1–9 and Exhibits B–C, Defendants arrested Plaintiff without probable cause, violating her Fourth Amendment rights.

Count II – Malicious Prosecution (42 U.S.C. § 1983, Fourth and Fourteenth Amendments; Texas law)
- Against all Defendants.
- As described in Facts 1–9 and Exhibits B–C, Defendants initiated or approved criminal charges based on false statements, knowingly fabricating evidence, and causing damages to Plaintiff.

Count III – Defamation (Texas law)
- Against Roberta Dupree, Mark Felton, and Christina Spears.
- As described in Facts 10–13 and Exhibits A, B, D, Defendants knowingly published false statements labeling Plaintiff as a stalker, pedophile, and sex offender, causing reputational harm.

Count IV – Intentional Infliction of Emotional Distress (Texas law)
- Against all Defendants.
- As described in Facts 1–13 and Exhibits A–D, Defendants' false reports, arrest, and harassment were extreme and outrageous, causing severe emotional distress.

Count V – Negligent Supervision / Training (City of Mansfield)

- City failed to properly train and supervise officers, resulting in constitutional violations as described in Facts 1–9.

## V. DAMAGES AND RELIEF REQUESTED

Plaintiff respectfully requests:

1. Compensatory damages for emotional distress, reputational harm, and financial loss in the amount of $1,000,000;
2. Punitive damages against individual defendants acting with malice;
3. Declaratory judgment stating Defendants violated Plaintiff's Fourth and Fourteenth Amendment rights;
4. Costs and any other relief the Court deems just and proper.

### Respectfully Submitted,

_____

Sharice Anderson
Pro Se Plaintiff
307 Battery Crescent
Savannah, GA 31410
Sharice_anderson121@aol.com
Date: _____

Exhibits:
- Exhibit A: Christina Spears Facebook message
- Exhibit B: Roberta Dupree posts/screenshots
- Exhibit C: X Corp. warrant return
- Exhibit D: Mark Felton online statements/posts

# INCIDENT/INVESTIGATION REPORT

| | | |
|---|---|---|
| **Agency Name** Mansfield Police Department | | **Case#** 25031417 |
| | | **Date / Time Reported** 03/14/2025  17:41  Fri |
| **ORI** TX2202000 | | **Last Known Secure** 03/14/2025  17:41  Fri |

**INCIDENT DATA**

| | |
|---|---|
| **Location of Incident** 2608 CHADWICK LN, Mansfield TX 76063 | **At Found** 03/14/2025  17:41  Fri |

| | **Premise Type** | **Zone/Tract** |
|---|---|---|
| | Cyberspace | CEN, JC |

| #1 | **Crime Incident(s)** (Com) Publish/threat To Publish Intimate Visual Matr - PC 21.16(G) F | **Weapon / Tools** | | **Activity** |
|---|---|---|---|---|
| | | **Entry** | **Exit** | **Security** |
| #2 | **Crime Incident** ( ) | **Weapon / Tools** | | **Activity** |
| | | **Entry** | **Exit** | **Security** |
| #3 | **Crime Incident** ( ) | **Weapon / Tools** | | **Activity** |
| | | **Entry** | **Exit** | **Security** |

**MO**

**VICTIM**

| # of Victims 1 | Type: INDIVIDUAL (NOT A LE OFFICER) | | Injury: | | | | | |
|---|---|---|---|---|---|---|---|---|
| **V1** Victim/Business Name (Last, First, Middle) DUPREE, ROBERTA ARLENE | **Victim of Crime #** 1, | **DOB** Age ▮ | **Race** B | **Sex** F | **Relationship To Offender** 1AO | **Resident Status** Resident | **Military Branch/Status** | |

| **Home Address** 2608 CHADWICK LN , Mansfield, TX 76084-1153 | **Home Phone** 469-334-1467 |
|---|---|
| **Employer Name/Address** CREDIT SERVICE  (LEGAL COLLECTIO) | **Business Phone** | **Mobile Phone** |

| VYR | Make | Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|---|

**OTHERS INVOLVED**

CODES:  V- Victim (Denote V2, V3)    O = Offender (if other than victim)    R = Reporting Person (if other than victim)

| Type: INDIVIDUAL (NOT A LE OFFICER) | | Injury: | | | | | |
|---|---|---|---|---|---|---|---|
| **Code** IO | Name (Last, First, Middle) FELTON, MARK | **Victim of Crime #** | **DOB** Age 30 | **Race** B | **Sex** M | **Relationship To Offender** | **Resident Status** Non-Residen | **Military Branch/Status** |

| **Home Address** 2770 N STATE HWY 360  - 2124 GRAND PRAIRIE, TX 75050 | **Home Phone** 817-766-0723 |
|---|---|
| **Employer Name/Address** | **Business Phone** | **Mobile Phone** |

| Type: INDIVIDUAL (NOT A LE OFFICER) | | Injury: | | | | | |
|---|---|---|---|---|---|---|---|
| **Code** IO | Name (Last, First, Middle) SPEARS, CHRISTINA MORIAH | **Victim of Crime #** | **DOB** 28 | **Race** B | **Sex** F | **Relationship To Offender** | **Resident Status** Non-Residen | **Military Branch/Status** |

| **Home Address** 12411 HUFFMEISTER RD  - 3101 CYPRESS, TX 77429 | **Home Phone** |
|---|---|
| **Employer Name/Address** | **Business Phone** | **Mobile Phone** 682-465-4115 |

**PROPERTY**

1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown
("OJ" = Recovered for Other Jurisdiction)

| VI # | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| 1 | 27 | DMED | $0.00 | | 2 | PHOTOGRAPHS | | |
| | 27 | DMED | $0.00 | | 7 | RECORDINGS AUDIO/VIDEO | | |
| | 27 | DMED | $0.00 | | 7 | RECORDINGS AUDIO/VIDEO | | |
| | 27 | DMED | $0.00 | | 1 | RECORDINGS AUDIO/VIDEO | | |
| | 27 | DMED | $0.00 | | 2 | WG VIDEO | | |

| **Officer/ID#** WILLIS, J. A. (441) | | |
|---|---|---|
| **Invest ID#** VINNOLA, R. J. (481) | **Supervisor** SLY, C. D. (423) | |

**Status**

| **Complainant Signature** | **Case Status** Exceptionally        06/02/2025 | **Case Disposition:** | Page 1 |
|---|---|---|---|

Printed By: DCUPPLES, DCUPPLES                    Sys#: 123534                    09/15/2025 12:06:57

**INCIDENT/INVESTIGATION REPORT**

*Mansfield Police Department*

Case # *25031417*

| NARRATIVE |
|---|
| PC 21.16(G)|1   PUBLISH/THREAT TO PUBLISH INTIMATE VISUAL MATR |

## INCIDENT/INVESTIGATION REPORT

*Mansfield Police Department*

Case # *25031417*

| Status Codes | 1 = None | 2 = Burned | 3 = Counterfeit / Forged | 4 = Damaged / Vandalized | 5 = Recovered | 6 = Seized | 7 = Stolen | 8 = Unknown |
|---|---|---|---|---|---|---|---|---|

| | IBR | Status | Quantity | Type Measure | Suspected Type | Up to 3 types of activity |
|---|---|---|---|---|---|---|
| **D** | | | | | | |
| **R** | | | | | | |
| **U** | | | | | | |
| **G** | | | | | | |
| **S** | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Assisting Officers
*WILLIAMS, C.N. (396),  JAMISON, D.R. (496)*

Suspect Hate / Bias Motivated:    *NONE (NO BIAS)*

## INCIDENT/INVESTIGATION REPORT

Narr. (cont.)  OCA: 25031417          *Mansfield Police Department*

**N A R R A T I V E**

PC 21.16(G)|1   PUBLISH/THREAT TO PUBLISH INTIMATE VISUAL MATR

| Mansfield Police Department | | OCA<br>*25031417* |
| --- | --- | --- |
| Victim<br>*DUPREE, ROBERTA ARLENE* | Offense<br>*PUBLISH/THREAT TO PUBLISH INTIMATE* | Date / Time Reported<br>*Fri 03/14/2025 17:41* |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

On 03/14/2025 at 1741 hours, I Officer J. Willis #441 was dispatched to meet complainant in the lobby of Mansfield Police Department located 1601 Heritage Parkway, Mansfield, Tarrant County, TX 76063.

I made contact with Roberta Dupree B/F ████ who resides at 2608 Chadwick Ln. Mansfield, Johnson County, TX 76063, and her boyfriend Mark Felton B/M ████. Roberta stated that she received Facebook screenshots showing an intimate picture of her that had been posted. The picture was posted by Sharice Anderson B/F 01/21/1993.

Roberta advised she received the screenshots from a friend of hers that is able to view Sharice`s profile. She observed the photograph that was posted on 03/06/2025 and informed Roberta.

Roberta and Mark advised the Sharice is an ex-girlfriend of Mark`s from 2019. They believe she has been harassing the couple for several years since the breakup. They both have received text messages form people saying their number was provided to them on a dating website. However, they currently do not have any substantial evidence regarding this.

Roberta is unsure how Sharice came to be in possession of the photograph since never posted it anywhere for the public nor did she send it to anyone. Roberta did not give her permission to be in posession of or post the photograph for public view.

Roberta stated she wished to file criminal charges and completed a witness statement which was turned in with all applicable paperwork at the time of this report. She also provided me the screenshots which were tagged JAW-01 and uploaded to the DME folder t the PD.

This incident has matching identifiers for
PC 21.16(G)|1  PUBLISH/THREAT TO PUBLISH INTIMATE VISUAL MATERIAL
[03/14/2025 23:26, JWILLIS, 4914]

**Incident Report Suspect List**

*Mansfield Police Department*

OCA: *25031417*

| 1 | Name (Last, First, Middle) *ANDERSON, SHARICE ELENORA* | Also Known As | Home Address *307 BATTERY CRES* *SAVANNAH, GA 31410* |
|---|---|---|---|

Business Address *MARINA BEND MARINA, 188 OLD TYBEE RD, SAVANNAH GA*

| DOB *01/21/1993* | Age *32* | Race *B* | Sex *F* | Eth *N* | Hgt *502* | Wgt *105* | Hair *BRO* | Eye *BRO* | Skin *DBR* | Driver's License / State *056523416 GA* |
|---|---|---|---|---|---|---|---|---|---|---|

Scars, Marks, Tattoos, or other distinguishing features

| *Reported Suspect Detail* | Suspect Age | | Race | Sex | Eth | Height | | Weight | | SSN |
|---|---|---|---|---|---|---|---|---|---|---|
| Weapon, Type | Feature | | Make | Model | | | Color | Caliber | Dir of Travel | |
| | | | | | | | | | Mode of Travel | |
| Veh Yr / Make / Model | | Drs | Style | | Color | | Lic Plate / State | | VIN | |

Notes

Physical Char

## Incident Report Related Property List

*Mansfield Police Department*

OCA: *25031417*

| 1 | Property Description | | | Make | | Model | | Caliber | |
|---|---|---|---|---|---|---|---|---|---|
| | *PHOTOGRAPHS* | | | | | | | | |
| | Color | Serial No. | | Value | Qty | | Unit | Jurisdiction | |
| | | | | *$0.00* | *2.000* | | | *Locally* | |
| | Status | Date | NIC # | | State # | | Local # | OAN | |
| | *Digital Media Evidence* | *03/14/2025* | | | | | *JAW-01* | | |
| | Name (Last, First, Middle) | | | | DOB | | Age | Race | Sex |
| | *Dupree, Roberta Arlene* | | | | ██████ | | *28* | *B* | *F* |

Notes

*JAW-01 photographs provided by victim*
*[03/14/2025 23:08, JWILLIS, 4914]*

| 2 | Property Description | | | Make | | Model | | Caliber | |
|---|---|---|---|---|---|---|---|---|---|
| | *RECORDINGS AUDIO/VIDEO* | | | | | | | | |
| | Color | Serial No. | | Value | Qty | | Unit | Jurisdiction | |
| | | | | *$0.00* | *7.000* | | | *Locally* | |
| | Status | Date | NIC # | | State # | | Local # | OAN | |
| | *Digital Media Evidence* | *03/14/2025* | | | | | *RJV-01* | | |
| | Name (Last, First, Middle) | | | | DOB | | Age | Race | Sex |
| | *\* No name \** | | | | | | | | |

Notes

*RJV-01*

*Photos from suspect`s public Facebook account.  [03/27/2025 16:23, RVINNOLA, 6734, MPD]*

| 3 | Property Description | | | Make | | Model | | Caliber | |
|---|---|---|---|---|---|---|---|---|---|
| | *WG VIDEO* | | | | | | | | |
| | Color | Serial No. | | Value | Qty | | Unit | Jurisdiction | |
| | | | | *$0.00* | *2.000* | | | *Locally* | |
| | Status | Date | NIC # | | State # | | Local # | OAN | |
| | *Digital Media Evidence* | *05/13/2025* | | | | | | | |
| | Name (Last, First, Middle) | | | | DOB | | Age | Race | Sex |
| | *\* No name \** | | | | | | | | |

Notes

*(2) WG video files [05/13/2025 11:52, RKERR, 4962, MPD]*

| 4 | Property Description | | | Make | | Model | | Caliber | |
|---|---|---|---|---|---|---|---|---|---|
| | *RECORDINGS AUDIO/VIDEO* | | | | | | | | |
| | Color | Serial No. | | Value | Qty | | Unit | Jurisdiction | |
| | | | | *$0.00* | *7.000* | | | *Locally* | |
| | Status | Date | NIC # | | State # | | Local # | OAN | |
| | *Digital Media Evidence* | *05/20/2025* | | | | | | | |
| | Name (Last, First, Middle) | | | | DOB | | Age | Race | Sex |
| | *\* No name \** | | | | | | | | |

Notes

*RJV-02: (2) videos and (5) images retrieved from secure DME folder on 05/21/25.  [05/21/2025 08:26, RKERR, 4962, MPD]*

**Incident Report Related Property List**

*Mansfield Police Department*

| | OCA: *25031417* |
|---|---|

| 5 | Property Description | | | | Make | | Model | | Caliber |
|---|---|---|---|---|---|---|---|---|---|
| | *RECORDINGS AUDIO/VIDEO* | | | | | | | | |

| Color | Serial No. | | Value | | Qty | | Unit | Jurisdiction |
|---|---|---|---|---|---|---|---|---|
| | | | **$0.00** | | **1.000** | | | **Locally** |

| Status | Date | NIC # | State # | Local # | OAN |
|---|---|---|---|---|---|
| **Digital Media Evidence** | **03/14/2025** | | | **RJV-03** | |

| Name (Last, First, Middle) | DOB | Age | Race | Sex |
|---|---|---|---|---|
| **\* No name \*** | | | | |

Notes

*SW Return from X Corp. [05/27/2025 12:29, RVINNOLA, 6734, MPD]*

*Mansfield Police Department*                                                      OCA: **25031417**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*   **Case Mng Status:** *EXCEPTIONALLY CLEARED*   **Occurred:** *03/14/2025*

**Offense:** *PUBLISH/THREAT TO PUBLISH INTIMATE VISUAL MATR*

---

**Investigator:** *VINNOLA, R. J. (481)*                    **Date / Time:** *03/20/2025 10:41:24, Thursday*

**Supervisor:** *HALE, C. W. (380)*          **Supervisor Review Date / Time:** *03/20/2025 11:20:45, Thursday*

**Contact:**                                                 **Reference:** *Investigators Supplement*

---

On 03/17/2025, I (Detective R. Vinnola #481) was assigned this case. I have read and reviewed this incident.
[03/20/2025 10:42, RVINNOLA, 6734, MPD]

---

Investigator Signature                              Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 09/15/2025 12:07

*Mansfield Police Department*

OCA: **25031417**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*  **Case Mng Status:** *EXCEPTIONALLY CLEARED*  **Occurred:** *03/14/2025*

**Offense:** *PUBLISH/THREAT TO PUBLISH INTIMATE VISUAL MATR*

---

**Investigator:** *VINNOLA, R. J. (481)*         **Date / Time:** *04/15/2025 07:07:51, Tuesday*

**Supervisor:** *MCCORMICK, C. B. (326)*   **Supervisor Review Date / Time:** *04/15/2025 09:34:54, Tuesday*

**Contact:**                                            **Reference:** *Status Change Request*

---

On 04/14/2025, the Honorable Judge C. Callaway reviewed and signed a warrant for this case. The warrant was later provided to Mansfield Police Dispatch for entry.

The suspect of this incident is believed to live in Savannah, GA. The North Texas Fugitive Task Force was notified of this warrant and was requested to attempt contact with assets in Savannah, GA regarding this warrant.

Status change request, inactive - warrant obtained.
[04/15/2025 07:11, RVINNOLA, 6734, MPD]

---

Investigator Signature                              Supervisor Signature

*Mansfield Police Department*                                                    OCA: **25031417**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*   **Case Mng Status:** *EXCEPTIONALLY CLEARED*   **Occurred:** *03/14/2025*

**Offense:** *PUBLISH/THREAT TO PUBLISH INTIMATE VISUAL MATR*

**Investigator:** *VINNOLA, R. J. (481)*                    **Date / Time:** *05/14/2025 11:28:18, Wednesday*

**Supervisor:** *MCCORMICK, C. B. (326)*          **Supervisor Review Date / Time:** *05/15/2025 15:23:30, Thursday*

**Contact:**                                                         **Reference:** *Da Supplement*

On 05/05/2025, this subject was arrested on her outstanding warrant.

On 05/13/2025, this case was accepted by the Johnson County District Attorney`s Office.

Status change request, cleared by arrest.  [05/14/2025 11:29, RVINNOLA, 6734, MPD]

Investigator Signature                              Supervisor Signature

**CASE SUPPLEMENTAL REPORT**

Printed: 09/15/2025  12:07

---

*Mansfield Police Department*                                          OCA: **25031417**

| THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY |
|---|

**Case Status:** *EXCEPTIONALLY CLEARED*   **Case Mng Status:** *EXCEPTIONALLY CLEARED*   **Occurred:** *03/14/2025*

**Offense:** *PUBLISH/THREAT TO PUBLISH INTIMATE VISUAL MATR*

---

| | |
|---|---|
| **Investigator:** *VINNOLA, R. J. (481)* | **Date / Time:** *05/20/2025 15:35:02, Tuesday* |
| **Supervisor:** *MCCORMICK, C. B. (326)* | **Supervisor Review Date / Time:** *05/22/2025 10:14:15, Thursday* |
| **Contact:** | **Reference:** *Investigators Supplement* |

---

On 05/20/2025, I spoke with Sharice's former boyfriend, Jerry Carter (b/m ▇▇▇▇▇▇). Jerry stated he had proof that Roberta had posted the intimate photo to her own X account before Sharice posted the photo and subsequently taken into custody.

I requested Jerry provide me with this information. Jerry texted me a screenshot which showed a post from 02/05/2022 showing the intimate image Roberta referenced as being somehow obtained by Sharice and then posted to Sharice's X account. I asked Jerry when he screenshotted this image and he stated he did this on 02/26/2025. A non-explicit photo was above and below the intimate photo (like a normal timeline would look when scrolling through an X account). I asked why he did this three months ago and he stated he did this when he learned that the victim was threatening to go to the police. I explained to Jerry that if this photo was doctored and he was trying to pass it off as legitimate, then he could get into trouble. He confidently stated it was not doctored. This image, along with two others provided by Jerry were logged into Mansfield Digital Media Evidence (RJV-02).

Utilizing open source information. I located Roberta's X account (RO Dupree @SlimCakes__). I went to Roberta's photos in her X account and went to the timeline of 02/05/2025. I located the same non-explicit photos that were provided by Jerry. However, the explicit photo was not located.

The lack of photo would suggest that either Roberta deleted the explicit photo after 02/26/2025 or the photo provided by Jerry was doctored and the explicit photo was added in between the non-explict photos.

I contacted Roberta via phone on 05/20/2025. I let Roberta know of what friends of Sharice had informed me of. Roberta denied deleting an explicit photo from her X account. Roberta stated her family members have access to her X account and because of this, she does not have explicit photos on her thread. I asked Roberta why she has a blue heart in her "bio" which commonly refers to individuals with an OnlyFans account (a subscription based website which often shows explicit photos and videos of individuals). Roberta advised her favorite color is blue and the heart was in reference to a family member.

Roberta then provided screen recordings of her X account. I requested Roberta do this in order to show that no explicit photos (especially around the time of 02/05/2022) were not on her X account. Roberta did this and I did not observe any explicit photos. This, along with the screenshot I obtained through open source methods were later attached to Mansfield Digital Media Evidence (RJV-02).

Using X's (formerly Twitter) law enforcement portal, I requested law enforcement access in order to submit a preservation request. At this time, X has not approved my access request and I am awaiting their review.
 [05/20/2025 15:35, RVINNOLA, 6734, MPD]

On 05/22/2025, I authored a search warrant for X Corp which was subsequently signed by the Honorable District Court Judge C. Wolfe.

---

| Investigator Signature | Supervisor Signature |
|---|---|

CASE SUPPLEMENTAL REPORT                                    Printed 09/15/2025  12:07

*Mansfield Police Department*                                    OCA: **25031417**

| THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY |

**Case Status:** *EXCEPTIONALLY CLEARED*   **Case Mng Status:** *EXCEPTIONALLY CLEARED*   **Occurred:** *03/14/2025*

   **Offense:** *PUBLISH/THREAT TO PUBLISH INTIMATE VISUAL MATR*

**Investigator:** *VINNOLA, R. J. (481)*                **Date / Time:** *05/20/2025 15:35:02, Tuesday*

**Supervisor:** *MCCORMICK, C. B. (326)*     **Supervisor Review Date / Time:** *05/22/2025 10:14:15, Thursday*

   **Contact:**                                         **Reference:** *Investigators Supplement*

On 05/22/2025, the search warrant was submitted to X Corp via their law enforcement portal.  [05/22/2025 15:53, RVINNOLA, 6734, MPD]

Investigator Signature                    Supervisor Signature

Page 12

*Mansfield Police Department*                                                   OCA: **25031417**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONALLY CLEARED*   **Case Mng Status:** *EXCEPTIONALLY CLEARED*   **Occurred:** *03/14/2025*

**Offense:** *PUBLISH/THREAT TO PUBLISH INTIMATE VISUAL MATR*

| | |
|---|---|
| **Investigator:** *VINNOLA, R. J. (481)* | **Date / Time:** *05/27/2025 13:54:52, Tuesday* |
| **Supervisor:** *MCCORMICK, C. B. (326)* | **Supervisor Review Date / Time:** *06/02/2025 12:45:25, Monday* |
| **Contact:** | **Reference:** *Status Change Request* |

On 05/27/2025, X Corp. responded to my search warrant with a return. The return had a section dedicated to deleted tweets but the file was empty. The return was later filed into Mansfield Digital Media Evidence (RJV-02). When submitting the warrant to X Corp. I was notified that deleted media, tweets and messages may not be able to be recovered by X Corp.

I then contacted Johnson County District Attorney's Office and staffed the updates of this case with Assistant District Attorney Amy Collis. It was determined that due to the new circumstances, this case will not be further prosecuted and Johnson County District Attorney's Office would be rejecting the case.

Status change request, cleared by exception - district attorney's office refused prosecution.
 [05/27/2025 13:55, RVINNOLA, 6734, MPD]

I contacted Roberta via phone and made her aware of this update.

I attempted to contact Sharice via phone. Sharice`s phone number went straight to voicemail and the mailbox was full.
[05/27/2025 14:08, RVINNOLA, 6734, MPD]

---

Investigator Signature                                Supervisor Signature

EXHIBIT A
Case 4:25-cv-01024-O    Document 6    Filed 10/28/25    Page 17 of 21    PageID 34
Evidence of Christina Spears's Prior Animosity Toward Plaintiff





Summary:
This exhibit contains a Facebook message sent by Defendant Christina Spears demonstrating clear hostility toward Plaintiff before the false allegations that led to Plaintiff's arrest.
•    The message shows that Spears held a personal grudge and animosity toward Plaintiff.
•    This communication occurred prior to the report made to Mansfield Police, supporting that the later statements were motivated by malice rather than genuine belief.
•    This evidence is submitted to establish bias, intent, and malice on the part of Defendant Spears in furtherance of the false and defamatory allegations.





**Summary:**
**This exhibit contains screenshots proving that Defendant Roberta Dupree publicly posted the intimate image on her X (Twitter) account and later deleted it.**

- **The screenshots include a comment reply from another user referencing the image, showing it was visible to the public.**
- **The same post now displays "Deleted by author", confirming that Roberta Dupree deleted the image after posting it.**
- **In her signed police statement, Dupree falsely claimed she "never posted or shared the picture with anyone."**
- **This evidence contradicts her statement and demonstrates that Plaintiff's arrest and prosecution were based on false and misleading information provided by Dupree.**

# Exhibit D
## Defendant Mark Felton's Online Statements and Defamatory Posts



Sharice Anderson
207 Battery cres
Savannah Ga 31410

U.S District Clerk's office Fort Worth -
Division
501 West 10th St. Room 310
Fort Worth, TX 76102

**Photos - Do Not Bend  / Photos – Ne pas plier**



Align top of FedEx® shipping label here.

FedEx Express

RECEIVED

OCT 28 2025

10:45 AM

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

TO  U.S. DISTRICT CLERK'S OFFICE
    FORT WORTH DIVISION
    501 WEST 10TH STREET
    ROOM 310
    FORT WORTH TX 76102



Envelop

Recycle m



8854 6932 9892

TUE - 28 OCT 5:00P
** 2DAY **
ASR
76102
TX-US  DFW

SP GRKA