IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| SHARICE ANDERSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:25-cv-1024-O-BP |
| | § | |
| MANSFIELD POLICE DEPARTMENT, | § | |
| | § | |
| Defendant. | § | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case based on the Plaintiff's failure to pay the filing fee. No objections were filed. Instead, Plaintiff filed an Amended Complaint (ECF No. 6) on October 28, 2025. However, the deficiency as to the filing fee has still not been cured. Therefore, having reviewed the proposed Findings, Conclusions, and Recommendation for plain error, and finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

It is therefore **ORDERED** that this action is **DISMISSED without prejudice** pursuant to Federal Rule of Civil Procedure 41(b).

**SO ORDERED** this **4th day** of **November 2025**.

_____
Reed O'Connor
CHIEF UNITED STATES DISTRICT JUDGE